UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22937-CIV-TORRES

MYSTIQUE, INC.,

    Plaintiff,

vs.

138 INTERNATIONAL, INC.,

    Defendant.

_____/

## OMNIBUS ORDER

This matter is before the Court on several pending motions in this case. Following entry of final judgment against the named Defendant, 138 International, Inc., Plaintiff initiated supplementary proceedings under Florida law to execute on the court's judgment, as provided by Florida law and Fed. R. Civ. P. 69(a)(1). Defendant did not obtain a stay of such proceedings pending its appeal to the Eleventh Circuit Court of Appeals. In the interim, various motions have been filed by the parties and impleaded third parties in connection with the supplementary proceedings. Most recently, the Court's final judgment was affirmed by the Eleventh Circuit Court of Appeals (though a mandate has not yet issued). Accordingly, the pending motions are ripe for disposition.

    1.    Impleaded Defendants' Motion for Enlargement of Time to Answer Complaint [D.E. 171] is **GRANTED** nunc pro tunc for the time period requested in the motion.

2. Defendant's Motion for Preliminary Injunction [D.E. 174] is **DENIED** without prejudice as improvidently docketed as a motion, separate and apart from relief sought in Defendant's answer.

3. Impleaded Defendant Chen's Motion for Preliminary Injunction [D.E. 177] is **DENIED** without prejudice as improvidently docketed as a motion, separate and apart from relief sought in Chen's answer.

4. Plaintiff's Motion to Strike Jury Demands in Defendant/Impleaded Defendants' answers [D.E. 182] is **GRANTED**, both based upon the absence of timely opposition as per S.D. Fla. Local R. 7.1, and substantively based on the application of Florida law on equitable proceedings. The motion is without prejudice to Defendants' seeking a modification of this Order at a later date if a showing is made that claims or defenses at law are presented requiring a jury, or for an advisory jury, if necessary.

5. Plaintiff's First and Second Motions for Extension of Time [D.E. 195, 200] to respond to several pending motions filed by Defendants are **GRANTED**, through and including May 19, 2010.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2010.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge