Sealed

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MYSTIQUE, INC.,

    Plaintiff,

v.

138 INTERNATIONAL, INC.,

    Defendant.

Unsealed 7/7/10

CASE NO 07-22937-CIV
TORRES

## PLAINTIFF'S EX-PARTE MOTION FOR ISSUANCE OF BREAK ORDER

Plaintiff, MYSTIQUE, INC., by and through the undersigned counsel, and pursuant to Florida Statute §78.10 and Fed.R.Civ.P. 64, hereby moves for the issuance of a Break Order for the property of Defendant, 138 INTERNATIONAL, INC., and as grounds therefor states:

1. On July 30, 2009, a Judgment was entered in favor of Plaintiff, MYSTIQUE, INC. in the amount of $2,950,000.00.

2. Plaintiff has commenced execution on the Judgment. The Writ of Execution (the "Writ") was issued on August 13, 2009. Plaintiff is ready to deliver the Writ to the U.S. Marshal's Office. A copy of the Writ is attached hereto as **Exhibit "A."**

3. Upon information and belief, the business in which the property of the Plaintiff intends to levy upon is locked. In order to serve the Writ upon the Defendant at 301 N.W. 28th Street, Miami, FL (the "Premises"), the Marshal will need to break the lock(s) to the premises.

4. The Marshal shall be permitted to gain entry to the Premises, including breaking and entering, in order to effectuate the levy of Defendant's business assets within the Premises.

5. Upon completion of the levy, the Marshal shall leave a copy of service in a conspicuous place, lock the Premises and secure the Premises upon departure.

6. Absent such relief, the Writ cannot effectively be served and effectuated.

7. In accordance with *A. Glenn Braswell v. Renee Braswell*, 2003 WL 354509 (Fla. January 30, 2003), Plaintiff has not provided notice to Defendant on this Motion because Plaintiff is under a reasonable fear and belief that if Defendant received this Motion in advance, Defendant would immediately attempt to remove the business assets in which Plaintiff is attempting to levy upon, thereby rendering Plaintiff's attempt to levy futile. A proposed Break Order is attached hereto as **Exhibit "B."**

8. Should the Court feel that notice of this Motion to Defendant is necessary, upon notification of such by the Court, Plaintiff will do so promptly.

WHEREFORE, Plaintiff, MYSTIQUE, INC., respectfully requests that this Court issue a Break Order in the manner described in this Motion.

Dated: August 13, 2009
Fort Lauderdale, FL

Respectfully submitted,

RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Plaintiff, Mystique, Inc.
200 East Broward Boulevard
P.O. Box 1900
Ft. Lauderdale, Florida 33302
Phone: 954/527-2492; Fax: 954/333-4092

By: *[signature]*
Matthew S. Nelles, Esq.
Florida Bar No. 009245

DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION   07-22937

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

**TO THE MARSHAL OF:** Miami-Dade County, Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

138 International, Inc.
301 N.W. 28th Street
Miami, Florida 33127

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| Two Million Nine Hundred Fifty Thousand Dollars | and | No/100 ($2,950,000.00) |

in the United States District Court for the __Southern__ District of __Florida__,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, 138 International, Inc.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | 301 N.W. 28th Street, | DISTRICT | Southern |
|---|---|---|---|
| CITY | Miami | DATE | 08/13/09 |

Witness the Honorable __Edwin G. Torres__
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 08/13/09 | Steven M. Larimore |
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

**EXHIBIT A**