Sealed

Unsealed 7/7/10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MYSTIQUE, INC.,

    Plaintiff,

v.

138 INTERNATIONAL, INC.,

    Defendant.

CASE NO 07-22937-CIV
TORRES

### **EX-PARTE BREAK ORDER**

STATE OF FLORIDA:

To U.S. Marshal:

    YOU ARE AUTHORIZED to physically enter any other building or enclosure to effectuate this Ex-Parte Break Order located at 301 N.W. 28th Street, Miami, Florida and to utilize the service of a locksmith, or other personnel at Plaintiff's expense, to break and enter for the purpose of the levy.

    YOU ARE AUTHORIZED to use force that is reasonable to break and enter for the purpose of the levy.

    YOU ARE COMMANDED to levy the personal business assets (as specifically described in the Instructions for Levy presented to you by the Plaintiff in this action) in the possession of Defendant/Judgment Debtor, 138 INTERNATIONAL, INC. at the above-described location.

RM:6694967:1

1

YOU ARE COMMANDED to levy the assets (as specifically described in the Instructions for Levy presented to you by the Plaintiff in this action) in the possession of Defendant/Judgment Debtor, 138 INTERNATIONAL, INC., at the above-described location.

YOU ARE AUTHORIZED to publicly demand delivery of the personal business assets described in the Instructions for Levy at the location, and if the personal business assets at the location are not delivered by Defendant/Judgment Debtor or some other person, you shall cause such building or enclosure to be broken open and you shall levy the personal business assets at the location according to this Order.

YOU ARE AUTHORIZED to search the drawers, closets, cabinets and any other concealed areas at the above-described property in order take possession of the personal assets described in the Instructions for Levy.

YOU ARE COMMANDED to dispose of the above-described property by sale, according to law.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day August, 2009.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Matthew S. Nelles, Esq.

RM:6694967:1

2